FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 29 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TINA ESPERANZA, REIGGE EDWARDS,
ASHA ASHARAFAN, and LESLY BRIGGS

        Plaintiffs,

     v.

THE CITY OF NEW YORK; POLICE OFFICER NINA
MCKENZIE, SHIELD #25366; POLICE OFFICER
LAZO LLUKA, SHIELD #22410; POLICE OFFICER
TAISHA SKYERS-ANDERSON, SHIELD #19146;
SGT. ALFRED KELLEY, SHIELD #01974; POLICE
OFFICER ROBERT SCHMIDT, Shield #28045; and
POLICE OFFICERS JOHN/JANE DOES 1-10.

        Defendants.
------------------------------------------------------------------X

**ORDER**
15-CV-2612 (WFK) (PK)

**WILLIAM F. KUNTZ, II United States District Judge:**

IT IS HEREBY ORDERED that the trial for this action, currently scheduled to commence on Monday, February 4, 2014, is adjourned in light of the letter submitted by Defendants on January 28, 2019 stating the parties have reached an agreement in principle to settle this action and anticipate filing a stipulation and order of dismissal. In the event a stipulation of dismissal is not filed by Wednesday, July 3, 2019, at 5:00 P.M., the trial of this action is hereby scheduled to commence on Monday, July 8, 2019, at 9:30 A.M. in Courtroom 6H before Judge William F. Kuntz, II.

                       **SO ORDERED.**

                       s/WFK
                 HON. WILLIAM F. KUNTZ, II
                 UNITED STATES DISTRICT JUDGE

Dated: January 28, 2019
       Brooklyn, New York