**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 20 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

TINA ESPERANZA, REIGGE EDWARD, and ASHA ASHARAFAN,

                              Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE OFFICER LAZO LLUKA, Shield #22410, POLICE OFFICER TAISHA SKYERS-ANDERSON, Shield #19146, SGT. ALFRED KELLEY, Shield #01974 and POLICE OFFICER ROBERT SCHMIDT, Shield #28045,

                              Defendants.
----------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-2612 (WFK)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2019

DAVID A ZELMAN
*Attorney for Plaintiffs*
612 Eastern Parkway
Brooklyn NY 11225

By: _____
David A. Zelman
*Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Lluka, Skyers-Anderson, Kelley, and Schmidt*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Joseph Zangrilli
*Senior Counsel*

SO ORDERED:

s/WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: Feb, 14, 2019

2